IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JORGE AVILA,<br><br>                            Plaintiff,<br><br>v.<br><br>F. TUVERA, et al.,<br><br>                          Defendant. | C 15-01265 BLF (PR)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME<br><br>Judge:  The Honorable Beth L. Freeman,<br>           United States District Court Judge<br>Trial Date:  None<br>Action Filed:  March 18, 2015 |

For good cause shown, the time to file and serve a motion for summary judgment is hereby extended to FRIDAY, MARCH 25, 2016. The time for filing an opposition brief (28 days after the motion is filed) and a reply brief (14 days after the opposition is filed) remain as scheduled in the court's order, dated August 7, 2015.

IT IS SO ORDERED

Dated: Jan 6, 2016

_____
The Honorable Beth L. Freeman
United States District Court Judge

OK2015900601
90602757.doc

1